DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada State Bar No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6787
Email: blaine.welsh@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TAMIKA DONNELL BARNES, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:13-cv-01857-MMD-PAL |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

**MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court admit Government attorney Heather M. Moss to practice in the District of Nevada for the above-captioned case and in all matters in this district during the period of employment by the United States.

Rule IA 10-3 provides:

> Unless otherwise ordered by the Court, any nonresident attorney who is a member in good standing of the highest court of any state, commonwealth, territory, or the District of Columbia, who is employed by the United States as an attorney and, while being so employed, has occasion to appear in this Court on behalf of the United States, shall, upon motion of the United States Attorney or the Federal Public Defender for this district or one of the assistants, be permitted to practice before this court during the period of such employment.

1 Heather M. Moss is an attorney with the Social Security Administration, an agency of the federal government, is not a resident of Nevada, and is a member in good standing of the District of Columbia Bar, No. 995773.

The following contact information is provided to the Court:

> Heather M. Moss
> Social Security Administration
> 160 Spear Street, Suite 800
> San Francisco, California 94105-1545
> Telephone: (415) 977-8826
> Facsimile: (415) 744-0134
> Email: Heather.Moss@ssa.gov

Accordingly, the United States respectfully requests that the Court admit Heather M. Moss to practice in the District of Nevada for the duration of employment by the United States.

Respectfully submitted this 24th day of February 2014.

DANIEL G. BOGDEN
United States Attorney

*/s/ Blaine T. Welsh*
BLAINE T. WELSH
Assistant United States Attorney


IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE
UNITED STATES MAGISTRATE JUDGE

DATED: March 3, 2014

**PROOF OF SERVICE**

I, Blaine T. Welsh, certify the following individuals were served with a copy of the **MOTION TO ADMIT GOVERNMENT ATTORNEY TO PRACTICE IN THE DISTRICT OF NEVADA FOR DURATION OF ATTORNEY'S GOVERNMENT EMPLOYMENT** on the date and via the method of service identified below:

<u>**Electronic Case Filing**</u>:

Manuel Deeter Serpa
Law Office of Harry & Charles Binder, P.C.
770 The City Drive South, Suite 2000
Orange, California 92868
Mds.esq@gmail.com


John C. Boyden
Erickson, Thorpe & Swainston, Ltd.
P.O. Box 3559
Reno, Nevada 89505
jboyden@etsreno.com

*Attorneys for Plaintiff.*


Dated this 24th day of February 2014.

/s/ Blaine T. Welsh
BLAINE T. WELSH
Assistant United States Attorney