UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TAMIKA DONNELL BARNES,<br><br>Plaintiff,<br><br>v.<br><br>CAROLINE W. COLVIN, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:13-cv-01857-RFB-PAL<br><br>**ORDER** |

Before the Court is a Report and Recommendation issued by the Honorable Peggy A. Leen, United States Magistrate Judge, regarding Plaintiff's Complaint. ECF No. 29.

On May 17, 2016, Judge Leen issued an order denying Plaintiff Tamika Barnes' Motion to Reverse/Remand. ECF No. 4. The Court reviewed the Administrative Record as a whole, and weighing the evidence that supports and detracts from the Commissioner's conclusion, the Court finds that the ALJ's decision is supported by substantial evidence under 42 U.S.C. § 405(g), and therefore, Commissioner's Cross-Motion to Affirm is granted. ECF No. 23. The Clerk of Court should enter judgment accordingly and close this case.

A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local

Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

Under Local Rule IB 3-2(a), objections to the Report and Recommendation were due by June 3, 2016. No objections have been filed. The Court has reviewed the record in this case and agrees with Judge Leen's recommendation.

**IT IS HEREBY ORDERED** that Magistrate Judge Leen's Report & Recommendation are **ADOPTED** in their entirety, and Plaintiff Tamika Barnes' Motion Reverse/Remand is **DENIED**;

**IT IS FURTHER ORDERED** that The Commissioner's Cross- Motion to Affirm is **GRANTED;**

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve this Order on the persons and respective addresses noted in the Report and Recommendation and the Clerk shall enter judgment accordingly and close the case.

DATED this 13th day of October, 2016.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE